**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES LEE EVANS, JR.,                    ) Case No. CV 15-3296-R (JPR)
                                          )
                    Petitioner,           )
                                          ) ORDER ACCEPTING FINDINGS AND
          v.                              ) RECOMMENDATIONS OF U.S.
                                          ) MAGISTRATE JUDGE
W.L. MONTGOMERY, Warden,                  )
                                          )
                    Respondent.           )
_____   )

     The Court has reviewed the Petition, records on file, and
Report and Recommendation of U.S. Magistrate Judge.  See 28
U.S.C. § 636.  No objections have been filed.  The Court accepts
the findings and recommendations of the Magistrate Judge.  IT IS
ORDERED that Judgment be entered denying the Petition and
dismissing this action with prejudice.


DATED: June 22, 2016          _____
                              MANUEL L. REAL
                              U.S. DISTRICT JUDGE