UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE EVANS, JR., | ) Case No. CV 15-3296-R (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| W.L. MONTGOMERY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 22, 2016

                                                             _____
                                                             MANUEL L. REAL
                                                             U.S. DISTRICT JUDGE